JOHN L. CRUCH *v.* JOHN E. SMITH.

**Pleading—Amendments—New Issues.**

The refusal of the court to permit new issues to be formed, amended pleadings was proper.

APPEAL FROM HARLAN CIRCUIT COURT.

March 19, 1872.

OPINION OF THE COURT BY JUDGE HARDIN:

The refusal of the Court to permit new issue to be formed, by by amended pleading, and its reference of the case to a commissioner, were both proper under the decision of this court; and whether there was any irregularity or not in the confirmation of the report the judgment rendered, in abating the note by the value of the 100 acres of land, is as favorable to the appellant as the evidence would authorize or justify; and we perceive no substantial ground for reversing that judgment.

It is therefore affirmed.

*L. Farner, for appellant.*